AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>JOSE ANTONIO MARTINEZ SANCHEZ<br><br>*Defendant* | Case No. 6:25mj 42 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSE ANTONIO MARTINEZ SANCHEZ                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry to the United States by alien who was previously removed from the United States in violation of Title 8, United States Code, Section(s) 1326(a).

Date: July 7, 2025

*Issuing officer's signature*

City and state:   Greenville, SC                           KEVIN F. McDONALD, U.S. Magistrate Judge
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)*  7-7-25 , and the person was arrested on *(date)*  7-3-25
at *(city and state)*  Greenville, SC         .

Date:  7-7-25

*Arresting officer's signature*

Jared Tilley, Enforcement and Removal, ICE
*Printed name and title*